**SEALED**



1 McGREGOR W. SCOTT
United States Attorney
2 ROBERT J. ARTUZ
Special Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

6 Attorneys for Plaintiff
United States of America

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>INFORMATION ASSOCIATED WITH MOBILE PHONE NUMBER 916-710-3366 THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE US, INC. | CASE NO. 2:18-SW-0539 EFB<br><br>[~~PROPOSED~~] ORDER COMMANDING T-MOBILE US, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT<br><br>**UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding T-Mobile US, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant for a period of 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by including by giving targets an opportunity to flee, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that T-Mobile US, Inc. shall not disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this order, except that T-Mobile US, Inc. may disclose the / /

/ / /

1 | attached warrant to an attorney for T-Mobile US, Inc. for the purpose of receiving legal advice.

2 | IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise

3 | ordered by the Court.

5 | Dated: 6-26-2018

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE