1 | McGREGOR W. SCOTT
United States Attorney
2 | ROBERT J. ARTUZ
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5 |
6 | Attorneys for Plaintiff
United States of America
7 |

**FILED**

MAR 05 2019


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA 11 FOR SEARCH WARRANTS CONCERNING: | PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| 12 SAMSUNG CELLPHONE (ITEM NUMBER 8) AND TWO APPLE IPHONE 13 CELLPHONES (ITEM NUMBER 9) CURRENTLY LOCATED AT OFFICE OF 14 THE INSPECTOR GENERAL'S FRESNO SATELLITE OFFICE EVIDENCE SAFE, 15 LOCATED AT 2440 TULARE STREET, SUITE 310, FRESNO, CA 93721 16 | 2:18-SW-0482 EFB  **SEALED** |
| 17 INFORMATION ASSOCIATED WITH BERUCKG94@GMAIL.COM, 18 BLAKEANDRE4@GMAIL.COM, BRIANCLARK096@GMAIL.COM, AND 19 WILLHARR6@GMAIL.COM, THAT IS STORED AT PREMISES CONTROLLED BY 20 GOOGLE LLC | 2:18-SW-0495 EFB |
| 21 INFORMATION ASSOCIATED WITH BAMBER48@YAHOO.COM, 22 CARRIE_DAY@YAHOO.COM, GSTEPHENS93@YAHOO.COM, 23 HOWARDM909@YAHOO.COM, JBRYANT174@YAHOO.COM, 24 JDAVIDS46@YAHOO.COM, KAYLAALLEN992@YAHOO.COM, AND 25 WAYNEJOHNSON506@YAHOO.COM THAT IS STORED AT PREMISES 26 CONTROLLED BY YAHOO! INC. | 2:18-SW-0496 EFB |

27

28

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT          1
AFFIDAVITS

| | |
|---|---|
| INFORMATION ASSOCIATED WITH APPLE ID BTSPRESENTS@ICLOUD.COM THAT IS STORED AT PREMISES CONTROLLED BY APPLE, INC. | 2:18-SW-0497 EFB |
| INFORMATION ASSOCIATED WITH DARRON DIMITRI ROSS THAT IS STORED AT PREMISES CONTROLLED BY APPLE, INC. | 2:18-SW-0537 EFB |
| INFORMATION ASSOCIATED WITH MOBILE PHONE NUMBERS 704-430-4344 AND 980-254-1979 THAT IS STORED AT PREMISES CONTROLLED BY AT&T CORPORATION | 2:18-SW-0538 EFB |
| INFORMATION ASSOCIATED WITH MOBILE PHONE NUMBER 916-710-3366 THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE US, INC. | 2:18-SW-0539 EFB |
| INFORMATION ASSOCIATED WITH XROSS114@GMAIL.COM AND DIMITRIGLEN85@GMAIL.COM, THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | 2:18-SW-0892 EFB |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO § 2703(d) RE: EMAIL ACCOUNTS IDENTIFIED BY BTSPRESENTS@GMAIL.COM AND SACLIVEPRESENTS@GMAIL.COM | 2:18-SW-0511 EFB |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 3/5/19

The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE